UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

NANCY MARIA KILDEA,
Individually,

        Plaintiff,

v.

BROWARD COUNTY SCHOOL DISTRICT,
and IAN MURRAY, Individually, as Principal
of Indian Ridge Middle School,

        Defendants.

_____/

## **NOTICE OF REMOVAL**

The Defendant, BROWARD COUNTY SCHOOL DISTRICT, by and through the undersigned counsel, and pursuant to 28 U.S.C. 1331, 1441, and 1443, hereby removes this action to Federal Court, and, in support thereof states as follows:

1.    The Plaintiff has filed a nine count complaint for damages, arising out of alleged acts which purportedly violate the Americans with Disabilities Act, Title VII, and the Florida Constitution, as well as acts which purportedly constitute defamation, and violate the Plaintiff's due process rights, and which allegedly constitute age discrimination.

2.    Plaintiff commenced this action against both Defendants in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida.

3.    Defendant BROWARD COUNTY SCHOOL DISTRICT was served with Plaintiff's State Court Complaint, on September 22, 2021.

4.    As of the date of the filing of this Notice, Defendant IAN MURRAY has not been served with the Complaint.

5.      Accordingly, pursuant to 28 U.S.C. 1446(b)(2)(a), Defendant IAN MURRAY is not required to have joined or consented to the removal of this action.

6.      Plaintiff's complaint asserts the following causes of action against the Defendants:

a.      Count I: Violation of Chapter 760 of the Civil Rights Act, as to both Defendants;

b.      Count II: Title VII of the Federal Civil Rights Act, as to both Defendants;

c.      Count III: Violation of the Age Discrimination in Employment Act, as to both Defendants;

d.      Count IV: Violation of the Americans with Disabilities Act, as to both Defendants;

e.      Count V: Violation of Procedural Due Process under the Florida Constitution, Art. I Section 9, Fla. Const., as to both Defendants;

f.      Count VI: Defamation, as to both Defendants;

g.      Count VII: Defamation, as to both Defendants;

h.      Count VIII: Defamation, as to both Defendants; and

i.      Count IX: Defamation, as to both Defendants.

7.      This action is properly removed from state court pursuant to 28 U.S.C. sections 1331(federal question jurisdiction), 1367 (supplemental jurisdiction), 1441(c) (federal and state law claims arising under the Constitution and laws of the United States), and 1443 (civil rights actions).

8.      Removal is timely pursuant to 28 U.S.C. 1446(b), as this Notice of Removal has been filed within 30 days of the date of service of Plaintiff's Complaint upon this Defendant.

9.      Copies of the docket and all papers filed in the Circuit Court of the 17th Judicial

Circuit in and for Broward County, Florida, along with the Notice to Plaintiff of filing the Notice

of Removal are attached hereto as <u>Composite Exhibit A</u>.

Dated: October 1, 2021                              Respectfully submitted,

HALICZER PETTIS & SCHWAMM, P.A.
One Financial Plaza, Seventh Floor
100 S.E. 3rd Avenue
Fort Lauderdale, FL 33394
954-523-9922 / 954-522-2512 FAX
E-MAIL: <u>service@hpslegal.com</u>
*Attorneys for Defendants*

                                                    */s/ Kenneth J. Miller*
By_____
KENNETH J. MILLER, ESQ.
FBN: 865583


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 11, 2021, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document

is being served this day on all counsel of record in the manner specified, either via transmission of

Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those

counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                    */s/ Kenneth J. Miller*
KENNETH J. MILLER, ESQ.

<u>MAILING LIST</u>

Nancy Maria Kildea vs.
Broward County School District & Ian Murray

Robert E. Kildea, III, Esq.
Robert E. Kildea III, P.A.
11707 North Island Road
Hollywood, FL 33026
954-895-1351
*Counsel for Plaintiff*
 Email Designation: <u>REKildeaIIIPA@gmail.com</u>

Samuel D. Lopez, Esq.
Samuel D. Lopez, P.A.
13000 Mustang Trail
Southwest Ranches, FL 33330
954-336-0240
954-394-5418-direct
 Email Designation: <u>sam@samlopezpa.com</u>

# COMPOSITE EXHIBIT A

Case 0:21-cv-62113-RAR Document 1 Entered on FLSD Docket 10/11/2021 Page 6 of 42

## Nancy Maria Kildea Plaintiff vs. Ian Murry, et al Defendant

**Broward County Case Number:** CACE21016394
**State Reporting Number:** 062021CA016394AXXXCE
**Court Type:** Civil
**Case Type:** Neg - Negligence Other
**Incident Date:** N/A
**Filing Date:** 08/26/2021
**Court Location:** Central Courthouse
**Case Status:** Pending
**Magistrate Id / Name:** N/A
**Judge ID / Name:** 08 Haimes, David A.

### − Party(ies)

Total: 3

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Defendant | **Murry, Ian** | | |
| Defendant | **Broward County School District** | | |
| Plaintiff | **Kildea, Nancy Maria** | | ★ Lopez, Samuel Damon, ESQ. Retained Bar ID: 102458 Universal Property & Casualty Company PO Box 9388 Fort Lauderdale, FL 33309 **Status: Active** |

### − Disposition(s)

Total: 0

| Date | Statistical Closure(s) |
|---|---|
| | |

| Date | Disposition(s) | View | Page(s) |
|------|----------------|------|---------|
|      |                |      |         |

## − Event(s) & Document(s)

Total: 7

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 09/23/2021 | **Summons Returned Served** | 09-22-2021 Party: *Defendant* Broward County School District | 📄 | 5 |
| 08/27/2021 | **Clerk's Certificate of Compliance W-2020-73CIV/2020-74-UFC** | NONE | 📄 | 1 |
| 08/26/2021 | **Per AOSC20-23 Amd12, Case is determined General** | | | |
| 08/26/2021 | **Civil Cover Sheet** | Amount: $30,001.00 | 📄 | 3 |
| 08/26/2021 | **Complaint (eFiled)** | Party: *Plaintiff* Kildea, Nancy Maria | 📄 | 17 |
| 08/26/2021 | **eSummons Issuance** | Party: *Defendant* Murry, Ian | 📄 | 4 |
| 08/26/2021 | **eSummons Issuance** | Party: *Defendant* Broward County School District | 📄 | 4 |

## − Hearing(s)

Total: 0

**There is no Disposition information available for this case.**

| − Related Case(s) | Total: 0 |
|---|---|

**There is no related case information available for this case.**

Case Number: CACE-21-016394 Division: 08

Filing # 133523877 E-Filed 08/26/2021 11:11:32 PM

IN THE CIRCUIT COURT OF
SEVENTEENTH JUDICIAL
CIRCUIT OF FLORIDA IN AND
FOR BROWARD COUNTY,
FLORIDA

NANCY MARIA KILDEA, Individually

Plaintiff,

GENERAL JURISDICITION DIVISION

vs.

CASE NO:

BROWARD COUNTY SCHOOL DISTRICT,

IAN MURRAY, *Individually*

*Principal of Indian Ridge Middle School*

Defendant(s).

.................................................................../

## SUMMONS: SERVICE ON A CORPORARTION

### ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO

### CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

**(F.S. 48.081)**

TO/PARA/A: BROWARD COUNTY SCHOOL DISTRICT
Interim Superintendent of Schools
Dr. Vickie L. Cartwright
Broward County Public Schools
600 SE Third Avenue
Ft. Lauderdale , Florida 33301

### IMPORTANT

A lawsuit has been filed against you.  You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at:

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Service on a Corporationl (11/20)

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 08/26/2021 11:11:29 PM.****

*201 SE 6th Street, Ft. Lauderdale, FL 33301.*

A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the party serving this summons at:

*Samuel D. Lopez, P.A. , 13000 Mustang Trail, SW Ranches, FL 33301 / Email: sam@samlopezpa.com*
.

**If the party serving summons has designated email address(es) for service or is represented by an attorney, you may designate email address(es) for service by or on you. Service must be in accordance with Florida Rule of Judicial Administration 2.516.**

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.**

**You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and Email Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

**WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.**          **IMPORTANTE**

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: _____. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Service on a Corporationl (11/20)

Nombre y direccion de la parte que entrega la orden de comparencencia: _____

_____.

Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud.

Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. (Usted puede presentar _____ el Formulario: Ley de Familia de la Florida 12.915, Florida Supreme Court Approved Family Law Form 12.915, [Designation of Current Mailing and Email Address].) Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.

ADVERTENCIA: Regla 12.285 (Rule 12.285), de las Reglas de Procedimiento de Ley de Familia de la Florida [Florida Family Law Rules of Procedure], requiere cierta revelacion automatica de documentos e informacion. El incumplimient, puede resultar en sanciones, incluyendo la desestimacion o anulacion de los alegatos.

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Service on a Corporationl (11/20)

**IMPORTANT**

Des poursuites judiciaires ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: *{L'Adresse}* _____.    Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

Nom et adresse de la partie qui depose cette citation: _____

**Les photocopies de tous les documents tribunaux de cette cause, y compris des arrets, sont disponible au bureau du greffier.  Vous pouvez revue ces documents, sur demande.**

**Il faut aviser le greffier de votre adresse actuelle.  (Vous pouvez deposer Florida Supreme Court Approved Family Law Form 12.915, Designation of Current Mailing and Email Address.)  Les documents de l'avenir de ce proces seront envoyer a l'adresse que vous donnez au bureau du greffier.**

**ATTENTION: La regle 12.285, des regles de procedure du droit de la famille de la Floride exige que l'on remette certains renseignements et certains documents a la partie adverse. Tout refus de les fournir pourra donner lieu a des sanctions, y compris le rejet ou la suppression d'un ou de plusieurs actes de procedure.**

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: _____AUG 27 2021_____

(SEAL)

CLERK OF THE CIRCUIT COURT
BRENDA A. FOREMAN

By: _____
Deputy Clerk

BRENDA D. FORMAN

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Service on a CorporationI (11/20)

Case Number: CACE-21-016394 Division: 08

Filing # 133523877 E-Filed 08/26/2021 11:11:32 PM

IN THE CIRCUIT COURT OF
SEVENTEENTH JUDICIAL
CIRCUIT OF FLORIDA IN AND
FOR BROWARD COUNTY,
FLORIDA

NANCY MARIA KILDEA, Individually

    Plaintiff,

                       GENERAL JURISDICITION DIVISION

vs.                       CASE NO:

BROWARD COUNTY SCHOOL DISTRICT,

IAN MURRAY, *Individually*

*Principal of Indian Ridge Middle
School*

    Defendant(s).

.................................................................../

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL

## ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO

## CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

TO/PARA/A: IAN MURRY
        1355 So. Nob Hill Road
        Davie, FL 33324

### IMPORTANT

A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at:

*201 SE 6th Street, Ft. Lauderdale, FL 33301.*

A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Personal Service on an Individual (11/20)

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN, CLERK 08/26/2021 11:11:29 PM.****

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the party serving this summons at:

*Samuel D. Lopez, P.A. , 13000 Mustang Trail, SW Ranches, FL 33301 / Email: <u>sam@samlopezpa.com</u>*

.

**If the party serving summons has designated email address(es) for service or is represented by an attorney, you may designate email address(es) for service by or on you.  Service must be in accordance with Florida Rule of Judicial Administration 2.516.**

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office.  You may review these documents, upon request.**

**You must keep the Clerk of the Circuit Court's office notified of your current address.  (You may file Designation of Current Mailing and Email Address, Florida Supreme Court Approved Family Law Form 12.915.)  Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

**WARNING:  Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information.  Failure to comply can result in sanctions, including dismissal or striking of pleadings.**                    IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: _____.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.   Existen otros requisitos legales.  Si lo desea, usted puede consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:

Nombre y direccion de la parte que entrega la orden de comparencencia: _____

_____.

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en**

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Personal Service on an Individual (11/20)

la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office].  Estos documentos pueden ser revisados a su solicitud.

Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. (Usted puede presentar _____ el Formulario: Ley de Familia de la Florida 12.915, Florida Supreme Court Approved Family Law Form 12.915, [Designation of Current Mailing and Email Address].)  Los papelos que se presenten en el futuro en esta demanda judicial seran enviados por correo a la direccion que este registrada en la oficina del Secretario.

ADVERTENCIA: Regla 12.285 (Rule 12.285), de las Reglas de Procedimiento de Ley de Familia de la Florida [Florida Family Law Rules of Procedure], requiere cierta revelacion automatica de documentos e informacion.   El incumplimient, puede resultar en sanciones, incluyendo la desestimacion o anulacion de los alegatos.

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Personal Service on an Individual (11/20)

**IMPORTANT**

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe auprès de ce tribunal. Qui se trouve a: *(L'Adresse)* _____.   Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

Nom et adresse de la partie qui depose cette citation: _____

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier.  Vous pouvez revue ces documents, sur demande.**

**Il faut aviser le greffier de votre adresse actuelle.  (Vous pouvez deposer Florida Supreme Court Approved Family Law Form 12.915, Designation of Current Mailing and Email Address.)  Les documents de l'avenir de ce proces seront envoyer a l'adresse que vous donnez au bureau du greffier.**

**ATTENTION: La regle 12.285, des regles de procedure du droit de la famille de la Floride exige que l'on remette certains renseignements et certains documents a la partie adverse. Tout refus de les fournir pourra donner lieu a des sanctions, y compris le rejet ou la suppression d'un ou de plusieurs actes de procedure.**

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: _____ AUG 27 2021 _____

(SEAL)

CLERK OF THE CIRCUIT COURT
BRENDA A. FOREMAN

By: _____
BRENDA D. FORMAN
Deputy Clerk

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Personal Service on an Individual (11/20)

Filing # 133523877 E-Filed 08/26/2021 11:11:32 PM

IN THE CIRCUIT COURT OF
SEVENTEENTH JUDICIAL CIRCUIT OF
FLORIDA IN ANDFOR BROWARD
COUNTY, FLORIDA

NANCY MARIA KILDEA, Individually

Plaintiff,                                        GENERAL JURISDICITION DIVISION

vs.                                                CASE NO:  CACE-21-016394

BROWARD COUNTY SCHOOL DISTRICT;

IAN MURRAY, *Individually*
*Principal of Indian Ridge Middle School*

            Defendant(s).

.........................................................................../

## COMPLAINT

**COMES NOW,** PLAINTIFF  NANCY MARIA KILDEA, (hereinafter,  "KILDEA or

PLAINTIFF) by and through undersigned counsel hereby sues DEFENDANTS, BROWARD

COUNTY SCHOOL BOARD (hereinafter, "KILDEA or PLAINTIFF") and IAN MURRAY

(hereinafter MURRAY") under the following causes of action: (1) Violation of Chapter 760 of the

Florida Civil Rights Act, (2) Title VII of the Federal Civil Rights Act, (3) Violation of the Age

Discrimination in Employment Act, (4) Violation of the Americans With Disabilities Act as

applicable. (5) Violation of Procedural Due Process under the Florida Constitution. Art. l, § 9, Fla.

Const. (6) DEFENDANTS defamed PLAINTIFF during the course of her employment and after her

termination.

## PARTIES, JURISDICTION & VENUE

1.   This is an Action for the following: (1) Violation of Chapter 760 of the Florida Civil Rights

Act, (2) Violation of Title VII of the Federal Civil Rights Act, (3) Violation of the Age Discrimination in

Employment Act, (4) Violation of the Americans With Disabilities Act. (5) Violation of KILDEA's right

to Procedural Due Process, and (6) Defamation (Slander Per Se). PLAINTIFF seeks damages in excess of $30,000.00, exclusive of interest, costs and attorney's fees.

2.   PLAINTIFF KILDEA is an individual over the age of 18 who is sui juris and resides in Broward County.

3.   DEFENDANT MURRAY is an individual over the age of 18 who is sui juris and resides in Broward County.

4.   DEFENDANT BROWARD COUNTY SCHOOL DISTRICT is an organization that administers the public schools for Broward County.

5.   The events which gave rise to this Complaint have occurred in Broward County, Florida and as such, Broward County is the proper Venue for this Action.

6.   MURRAY is presently the full-time Principal at Indian Ridge Middle School, hereinafter, "SCHOOL" and said School is a school under the Broward County School District.

7.   All of the conditions precedent required to file this lawsuit have been met or were waived. See Exhibit "A."

## CAUSE OF ACTION 1

## VIOLATION OF CHAPTER 760 of the CIVIL RIGHTS ACT

8.   PLAINTIFF realleges and reavers paragraphs 1 through 7.

9.   PLAINTIFF was a 61-year-old Cuban-American woman employed by the Broward County School District in a part-time capacity (April 5, 2017) working in the Before Care & After Care program.

10. PLAINTIFF was offered and accepted a full-time position as a ParaPro working with Exceptional Student Education ("ESE") students at the SCHOOL in May 2018 for the 2018 / 2019 school year by Michelle Kittman. PLAINTIFF was placed on the SCHOOL schedule and assigned to classroom in August 2018. PLAINTIFF continued to work in the Before Care & After Care program part-time.

11. Michelle Rubin, SCHOOL'S Human Resource ("HR") manager subsequently informed the PLAINTIFF that the DEFENDANT, BROWARD COUNTY SCHOOL DISTRICT failed to post "her" job position and therefore there would be a delay in bringing her onboard" until "her" ParaPro position could be posted.

12. Michelle Rubin, SCHOOL'S HR Manager informed KILDEA in late-September 2018 that BROWARD COUNTY SCHOOL DISTRICT posted "her" ParaPro job but she could not be brought onboard yet because "the BROWARD COUNTY SCHOOL DISTRICT implemented a hiring freeze".

13. In November 2018, Michelle Rubin, SCHOOL'S HR Manager informed KILDEA that she did not meet the qualifications to be a ParaPro adding that it is "not the responsibility of the SCHOOL'S HR department to determine if an applicant is qualified for a position prior to making them an offer". Michelle Rubin, SCHOOL'S HR Manager informed the Plaintiff that there was class at the end of November 2018 that the PLAINTIFF could take to meet the ParaPro position requirements, Michelle Rubin, SCHOOL'S HR Manager laughed at the PLAINTIFF, and told her "good luck".

14. PLAINTIFF's confidential information including high school transcripts was shared in the school by non-managerial staff including Janet Derksen, ParaPro. resulting in embarrassment when co-workers asked her about her high school grades.

15. After passing the BROWARD COUNTY SCHOOL DISTRICT test allowing KILDEA to be hired as a ParaPro, SCHOOL hired her as a ParaPro.

16. During the course of her employment, she was subject to ethnic comments by a SCHOOL employee and "office angel", Janet Derksen, *e.g,* "Why do you call yourself Maria, your real name is Nancy. Why are you pretending to be a "spic? Did you come over on a banana boat?"

17. On February 13, 2019, KILDEA was assigned to escort the Exceptional Student Education ("ESE") to the SCHOOL gymnasium for physical exercise ("PE"). Ms. Lendinare,

SCHOOL PE Teacher, began yelling at the PLAINTIFF that she needed to run with the students despite being dressed in business attire and hard soled shoes. When the PLAINTIFF informed Ms. Lendinare, SCHOOL PE Teacher, that she needed to see Irene Ortiz, SCHOOL Assistant Principal, to discuss a confidential serious health problem. PLAINITFF had a serous, near-fatal heart attack, in June 2013. Ms. Lendinare, SCHOOL PE Teacher started screaming at the PLAINTIFF and falsely claimed that the much older and smaller PLAINTIFF was attacking her.

18. Katrina Baker, SCHOOL Para Pro, `20 years old, replaced PLAINTIFF as the ParaPro escorting the ESE students to the gymnasium. Katrina Baker was not required to run sprints with the ESE students. In fact, inquiries by the PLAINTIFF could find no other SCHOOL employee that was required to run sprints.

19. On May 23, 2019, while the majority of the ParaPro's and ESE students were at a field trip, Janet Derksen, SCHOOL ParaPro falsely accused PLAINTIFF of bruising an ESE student and informed PLAINTIFF that she going to call the Broward County Sheriffs to report child abuse. The SCHOOL had previously used this tactic against another older employee, Josephine Toscano-Tomaseli.

20. PLAINTIFF suffered heart palpitations requiring her to call in sick from May 24, 2019 through June 3, 2019 or 6 days. The 2018 / 2019 school year ended on June 4, 2019.

21. PLAINTIFF came into the SCHOOL and signed her "re-assignment" letter on June 12, 2019.

22. PLANTIFF returned to the SCHOOL for the 2019 / 2020 School Year and was assigned to a Mr. Arnold's classroom.

23. On August 16, 2019 or the end of the first week of school, PLAINTIFF was instructed to go the main office to see DEFENDANT MURRAY where her SCHOOL access badge(s) were taken and she was escorted off SCHOOL property.

24. Katrina Baker, ParaPro, that started in January 2020 and is approximately 21 years-old

was retained at the SCHOOL despite being hired after PLAINTIFF.

25. As a result of the allegations set forth in this cause of action, PLAINTIFF was wrongfully terminated in Violation of Chapter 760 of the Florida Civil Rights Act.

WHEREFORE, KILDEA prays for a judgment against BROWARD COUNTY SCHOOL DISTRICT and MURRAY DEFENDANTS as follows:

a.   Awarding KILDEA all compensatory damages including consequential and incidental damages as a result of BROWARD COUNTY SCHOOL DISTRICT and MURRAY DEFENDANTS wrongdoing in an amount to be determined at Trial;

b.   Awarding KILDEA'S attorney's fees and costs;

c.   Such further relief this court deems just and proper.

## CAUSE OF ACTION 2
### Title VII of the Federal Civil Rights Act

26. PLAINTIFF realleges and reavers paragraphs 1 through 24.

27. As a result of the allegations set forth in this cause of action, PLAINTIFF was wrongfully terminated in Violation of Title VII of the Federal Civil Rights Act.

WHEREFORE, KILDEA prays for a judgment against BROWARD COUNTY SCHOOL DISTRICT and MURRAY DEFENDANTS as follows:

a.   Awarding KILDEA all compensatory damages including consequential and incidental damages as a result of BROWARD COUNTY SCHOOL DISTRICT and MURRAY DEFENDANTS wrongdoing in an amount to be determined at Trial;

b.   Awarding KILDEA'S attorney's fees and costs;

c.   Such further relief this court deems just and proper.

## CAUSE OF ACTION 3

### Violation of the Age Discrimination in Employment Act

28. PLAINTIFF realleges and reavers paragraphs 1 through 24.

29. As a result of the allegations set forth in this cause of action, PLAINTIFF was wrongfully terminated in Violation of the Age Discrimination in Employment Act.

WHEREFORE, KILDEA prays for a judgment against BROWARD COUNTY SCHOOL DISTRICT and MURRAY DEFENDANTS as follows:

a. Awarding KILDEA all compensatory damages including consequential and incidental damages as a result of BROWARD COUNTY SCHOOL DISTRICT and MURRAY DEFENDANTS wrongdoing in an amount to be determined at Trial;

b. Awarding KILDEA'S attorney's fees and costs;

c. Such further relief this court deems just and proper.

## CAUSE OF ACTION 4

### Violation of the Americans With Disabilities Act.

30. PLAINTIFF realleges and reavers paragraphs 1 through 29.

31. As a result of the allegations set forth in this cause of action, PLAINTIFF was wrongfully terminated in Violation of the Americans With Disabilities Act.

WHEREFORE, KILDEA prays for a judgment against BROWARD COUNTY SCHOOL DISTRICT and MURRAY DEFENDANTS as follows:

a. Awarding KILDEA all compensatory damages including consequential and incidental damages as a result of BROWARD COUNTY SCHOOL DISTRICT and MURRAY DEFENDANTS wrongdoing in an amount to be determined at Trial;

b. Awarding KILDEA'S attorney's fees and costs;

c. Such further relief this court deems just and proper.

## CAUSE OF ACTION 5

### Violation of Procedural Due Process under the Florida Constitution. Art. I, § 9, Fla. Const.

32. PLAINTIFF realleges and reavers paragraphs 1 through 31.

33. On May April 30, 2019, PLAINTIFF, Irene Ortiz, Assistant Principal, of SCHOOL sat with PLAINTIFF to go over her performance evaluation. At such time, Irene Ortiz, SCHOOL Assistant Principal, the performance appraisal utilizes a form prepared by the BROWARD COUNTY SCHOOL DISTRICT that included the following: "If an employee is eligible for permanent status, check following box: (i) Granted, (ii) Denied, or (iii) Extended ____ Months. SCHOOL personnel checked off box "Granted" conferring permanent status for the PLAINTIFF with the BROWARD COUNTY SCHOOL DISTRICT. The language was unequivocal and did not reference any other document. Irene Ortiz, SCHOOL Principal, said "welcome onboard" and "I'll see you at the kickoff meeting on August 12, 2019 which the PLAINTIFF attended.

34. On June 12, 2019, PLAINTIFF was requested by Irene Ortiz, Assistant Principal, to come in and sign her "reassignment letter" for the 2019 / 2020 School Year. In lieu, MURRAY, DEFENDANT, and Michelle Rubin, met PLAINTIFF in the hallway and encouraged KILDEA to resign. PLAINTIFF declined to quit and thereafter was told by DEFENDANT MURRAY and Michelle Rubin, HR Manager, to sign the letter and leave. Unbeknownst to the PLAINTIFF at the time, SCHOOL had changed her status back to temporary. The reassignment letter did not indicate any "cause" for the reclassification back from permanent to temporary.

35. On August 16, 2019, PLAINTIFF was instructed to report to the main office. When KILDEA inquired if "she did anything wrong", Irene Ortiz, Assistant Principal, stated "no".

36. Upon reaching the main office, DEFENDANT MURRAY, informed her that she was being fired, took away her entrance badge(s), and told her "Under the CBA, I don't have to give

you a reason".

37. PLAINTIFF was not notified she could appeal the termination decision with the Broward County School Board.

38. On September 30, 2019 via certified mail, PLAINTIFF was notified that the School Board of Broward County approved the dismissal of PLAINTIFF at a meeting on September 4, 2021.

39. PLAINTIFF erroneously assumed she was terminated due to a drop in the ESE students at the SCHOOL since she had been told by Irene Ortiz, Assistant Principal, that PLAINTIFF did nothing wrong. After looking on-line at the large number of BROWARD COUNTY SCHOOL DISTRICT unfilled ParaPro jobs available and a strong job performance evaluation, PLAINTIFF did not attend the termination "hearing" believing she could simply change schools and find re-employment with the Broward County School District quickly.

40. PLAINTIFF attended a subsequent Broward County School Board where she witnessed disinterest Broward County School Board members unanimously uphold terminations and suspensions of BROWARD COUNTY SCHOOL DISTRICT employees. One of the suspensions was Josephine Toscano-Tomaseli, a 55-year-old SCHOOL ParaPro. The SCHOOL suspended Josephine Toscano-Tomaseli, ParaPro, citing an incident 2 years prior. SCHOOL personnel attributed the 2-year delay to the main office personnel being busy".

41. Procedural due process under the Florida Constitution guarantees to every citizen the right to have that course of legal procedure which has been established in our judicial system for the protection and enforcement of private rights. Procedural Due Process contemplates that the defendant shall be given fair notice and afforded a real opportunity to be heard and defend in an orderly procedure, before judgment is rendered against him.

42. Requiring an employee to appear at a termination hearing without divulging the reason(s) for the termination arguably is not "fair". Based upon PLAINTIFF'S observations of a Broward

County School Board meeting, PLAINTIFF is of the belief that the Broward County School Board upholds the vast majority of the suspensions and terminations. The Broward County School Board is not a neutral arbiter. The discovery process will reveal the actual percentage of suspensions and termination upheld by the Broward County School Board.

43. As a result of the allegations set forth in this cause of action, PLAINTIFF was denied due process by not being given fair notice and afforded a real opportunity to be heard and defend in that Plaintiff was never given a reason for dismissal in violation of the collective bargaining agreement to the Broward County School District and the Florida Constitution. Art. I, § 9, Fla. Const.

WHEREFORE, KILDEA prays for a judgment against BROWARD COUNTY SCHOOL DISTRICT and MURRAY DEFENDANTS as follows:

a. Awarding KILDEA all compensatory damages including consequential and incidental damages as a result of BROWARD COUNTY SCHOOL DISTRICT and MURRAY DEFENDANTS wrongdoing in an amount to be determined at Trial;

b. Awarding KILDEA'S attorney's fees and costs;

c. Such further relief this court deems just and proper.

## CAUSE OF ACTION 6

### DEFAMATION

44. PLAINTIFF realleges and reavers paragraphs 1 through 43.

45. On August 19, 2019, PLAINTIFF KILDEA was offered and accepted a ParaPro position at UNNAMED SCHOOL A located in Broward County. HR personnel at UNNAMED SCHOOL A stated that they needed to "check with the SCHOOL". After checking with the SCHOOL, HR personnel at UNNAMED SCHOOL A called PLAINTIFF and rescinded the offer because "KILDEA did not meet the qualifications for the ParaPro position. HR personnel at UNNAMED SCHOOL A refused to listen to PLAINTIFF telling her that "it's the same job I was working at the SCHOOL". UNNAMED SCHOOL A said we're rescinding and hung up. At that time, PLAINTIFF

did not realize she was being slandered by DEFENDANTS.

46. PLAINTIFF is alleging that DEFENDANTS, MURRAY and BROWARD COUNTY
SCHHOL DISTRICT, slandered PLAINTIFF in order to prevent her from continuing to work for
the BROWARD COUNTY SCHOOL DISTRICT.

47. As a result of the allegations set forth in this cause of action, PLAINTIFF was defamed
and suffered damages.

WHEREFORE, KILDEA prays for a judgment against BROWARD COUNTY SCHOOL
DISTRICT and MURRAY DEFENDANTS as follows:

a. Awarding KILDEA all compensatory damages including consequential and incidental
   damages as a result of BROWARD COUNTY SCHOOL DISTRICT and MURRAY
   DEFENDANTS wrongdoing in an amount to be determined at Trial;

b. Awarding KILDEA'S attorney's fees and costs;

c. Requiring BROWARD COUNTY SCHOOL DISTRICT and MURRAY to generate an e-mail
   retraction of the false statements to all BROWARD COUNTY SCHOOL DISTRICT employees;

d. Granting preliminary and permanent injunctive relief to prevent BROWARD COUNTY
   SCHOOL BOARD and MURRAY, DEFENDANTS, from making further defamatory
   remarks.

e. Such further relief this court deems just and proper

### CAUSE OF ACTION 7

### DEFAMATION

48. PLAINTIFF realleges and reavers paragraphs 1 through 47.

49. On October 2, 2019, PLAINTIFF interviewed at UNNAMED SCHOOL B, where during
the initial interview she told UNNAMED SCHOOL B personnel that she believed she was
terminated due to a drop in ESE student enrollment at the SCHOOL. PLAINTIFF was called in for
a second interview at UNNAMED SCHOOL B, Upon arriving at UNNAMED SCHOOL B, HR

personnel at UNNAMED SCHOOL B humiliated PLAINTIFF by stating "we called Indian Ridge Middle School, you weren't terminated for not enough ESE students, you were fired for poor performance and mistreating the ESE students". HR personnel at UNNAMED SCHOOL B refused to tell PLAINTIFF whom they spoke with at the SCHOOL, accused PLAINTIFF of "typing up her own job evaluation form and reference letter from the Before Car and After Care program supervisor." PLAINTIFF left humiliated after being called a liar, abusing students, and berated by UNAMED SCHOOL personnel.

50. PLAINTIFF is alleging that DEFENDANTS, MURRAY and BROWARD COUNTY SCHHOL DISTRICT, slandered PLAINTIFF in order to prevent her from continuing to work for the BROWARD COUNTY SCHOOL DISTRICT.

51. As a result of the allegations set forth in this cause of action, PLAINTIFF was defamed and suffered damages

WHEREFORE, KILDEA prays for a judgment against BROWARD COUNTY SCHOOL DISTRICT and MURRAY DEFENDANTS as follows:

a. Awarding KILDEA all compensatory damages including consequential and incidental damages as a result of BROWARD COUNTY SCHOOL DISTRICT and MURRAY DEFENDANTS wrongdoing in an amount to be determined at Trial;

b. Awarding KILDEA'S attorney's fees and costs;

c. Requiring BROWARD COUNTY SCHOOL DISTRICT and MURRAY to generate an e-mail retraction of the false statements to all BROWARD COUNTY SCHOOL DISTRICT employees;

d. Granting preliminary and permanent injunctive relief to prevent BROWARD COUNTY SCHOOL BOARD and MURRAY, DEFENDANTS, from making further defamatory remarks.

e. Such further relief this court deems just and proper.

## CAUSE OF ACTION 8

## DEFAMATION

52. PLAINTIFF realleges and reavers paragraphs 1 through 51.

53. In September 2019, PLAINTIFF filed for re-employment benefits with the State of Florida. The State of Florida Re-Employment division contacted PLAINTIFF and informed her that the SCHOOL was challenging her re-employment benefits for "poor performance" and "misconduct". When the Plaintiff inquired as to whom made those allegations, the State of Florida Re-Employment employee stated DEFENDANT MURRAY attributed the termination to "poor performance" and "misconduct". After sending the State of Florida Re-Employment division her job evaluation, PLAINTIFF received a minimal amount of re-employment benefits due principally to the SCHOOL terminating PLAINTIFF after the end of the of the summer when PLAINTIFF was not working at the SCHOOL.

54. PLAINTIFF is alleging that DEFENDANTS, MURRAY and BROWARD COUNTY SCHHOL DISTRICT, slandered PLAINTIFF in order to prevent her from obtaining Florida Re-employment benefits to which she was entitled.

55. As a result of the allegations set forth in this cause of action, PLAINTIFF was defamed and suffered damages

WHEREFORE, KILDEA prays for a judgment against BROWARD COUNTY SCHOOL DISTRICT and MURRAY DEFENDANTS as follows:

a. Awarding KILDEA all compensatory damages including consequential and incidental damages as a result of BROWARD COUNTY SCHOOL DISTRICT and MURRAY DEFENDANTS wrongdoing in an amount to be determined at Trial;

b. Awarding KILDEA'S attorney's fees and costs;

c. Requiring BROWARD COUNTY SCHOOL DISTRICT and MURRAY to generate an e-mail

retraction of the false statements to all BROWARD COUNTY SCHOOL DISTRICT employees;

d. Granting preliminary and permanent injunctive relief to prevent BROWARD COUNTY SCHOOL BOARD and MURRAY, DEFENDANTS, from making further defamatory remarks.

e. Such further relief this court deems just and proper

**CAUSE OF ACTION 9**

**DEFAMATION**

56. PLAINTIFF realleges and reavers paragraphs 1 through 55.

57. PLAINTIFF interviewed for 15+- other open BROWARD COUNTY SCHOOL DISTRICT schools with open ParaPro positions. Most of the interviews went well ; however, in each case, PLAINTIFF was told that the school would be checking with the SCHOOL. PLAINTIFF received no offers despite her qualifications, favorable job performance, and overall difficulty by the BROWARD COUNTY SCHOOL DISTRICT in filling ParaPro positions.

58. PLAINTIFF is alleging that DEFENDANTS, MURRAY and BROWARD COUNTY SCHHOL DISTRICT, slandered PLAINTIFF in order to prevent her from continuing to work for the BROWARD COUNTY SCHOOL DISTRICT.

59. As a result of the allegations set forth in this cause of action, PLAINTIFF was defamed and suffered damages

WHEREFORE, KILDEA prays for a judgment against BROWARD COUNTY SCHOOL DISTRICT and MURRAY DEFENDANTS as follows:

d. Awarding KILDEA all compensatory damages including consequential and incidental damages as a result of BROWARD COUNTY SCHOOL DISTRICT and MURRAY DEFENDANTS wrongdoing in an amount to be determined at Trial;

e. Awarding KILDEA'S attorney's fees and costs;

f. Requiring BROWARD COUNTY SCHOOL DISTRICT and MURRAY to generate an e-mail

retraction of the false statements to all BROWARD COUNTY SCHOOL DISTRICT employees;

f.  Granting preliminary and permanent injunctive relief to prevent BROWARD COUNTY SCHOOL BOARD and MURRAY, DEFENDANTS, from making further defamatory remarks.

g.  Such further relief this court deems just and proper.

### PRAYER FOR JURY TRIAL

PLAINTIFF prays for a Jury Trial on all issues so triable.

**DATE: August 26, 2021**

**Respectfully Submitted:**
Robert E Kildea III, P.A.
Attorney For Nancy Maria Kildea
11707 North Island Road
Hollywood, FL 333026
(954) 895-1351
REKildeaIIIPA@gmail.com

By:/S/ Robert E. Kildea III
Robert E. Kildea, Esq.
Florida Bar No.: 1025115

And

Samuel D. Lopez, P.A.
Attorneys for the Plaintiff
13000 Mustang Trail
Southwest Ranches, FL 33330
Telephone: (954) 336-0240
Direct No.: (954) 394-5418
Email: sam@samlopezpa.com

By: /S/ Samuel D. Lopez
Samuel D. Lopez
Florida Bar No. 102458

Exhibit "A"



# State of Florida
# Florida Commission on Human Relations
### An Equal Opportunity Employer • Affirmative Action Employer



**Ron DeSantis**
*Governor*

4075 Esplanade Way • Room 110 • Tallahassee, Florida 32399-7020
(850) 488-7082 / FAX: (850) 487-1007
http://fchr.state.fl.us
*United in One Goal: Equal Opportunity and Mutual Respect*

**Michelle Wilson**
*Executive Director*

FCHR No.: 202022311
EEOC No.: 15D202000559

CERTIFIED MAIL RECEIPT 91 7199 9991 7033 6477 4043

Ms. Nancy M. Kildea                    **COMPLAINANT**
C/o Samuel Lopez, Attorney
13000 Mustang Trail
Southwest Ranches, FL, 33330

Indian Ridge Middle School             **RESPONDENT**
c/o Ms. Chauncey Hughes
600 S. E. Third Avenue
Ft Lauderdale, FL 33301

## NOTICE OF RIGHTS

The Florida Commission on Human Relations (Commission) was unable to conciliate or make a reasonable cause determination within 180 days of the filing of the complaint in this matter. Therefore, pursuant to sections 760.11(4) and (8), *Florida Statutes*, the complainant may now either:

      (1)    Bring a civil action against the person named in the complaint in any court of competent jurisdiction **WITHIN ONE YEAR** of the date of this notice; or

      (2)    Request an administrative hearing with the Division of Administrative Hearings under sections 120.569 and 120.57, *Florida Statutes*, by filing a Petition for Relief **WITHIN 35 DAYS** of the date of this notice. A blank Petition for Relief form is enclosed.

The complainant is encouraged to consult with private legal counsel in order to determine the best course of action. The Commission will take no further action, and this matter will be closed if a Petition for Relief is not received within 35 days.

## CERTIFICATE OF SERVICE

### COMMISSIONERS

| | | | |
|---|---|---|---|
| **Monica Cepero** *Fort Lauderdale* | **Donna Elam** *Port Richey* | **Libby Farmer** *Tallahassee* | **Mario Garza** *Lakewood Ranch* |
| **Dawn Hanson** *Tallahassee* | **Larry Hart** *Fort Myers* | **AL McCambry** *Lynn Haven* | **Derrick McGhee** *Tallahassee* |
| **Jay Pichard** *Tallahassee* | **Angela Primiano** *Hollywood* | **Gilbert Singer** *Tampa* | |

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF RIGHTS was filed at Tallahassee, Florida and sent to the above-named addressees this _26th_ day of _August_, 20_20_, by U.S. Mail.

BY: _Tammy Barton_

Clerk of the Commission

Case Number: CACE-21-016394 Division: 08

Filing # 133523877 E-Filed 08/26/2021 11:11:32 PM

## FORM 1.997.   CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.     CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>SEVENTEENTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>  COUNTY, FLORIDA

<u>NANCY MARIA KILDEA</u>
Plaintiff

Case # _____

Judge _____

vs.

<u>IAN MURRY, BROWARD COUNTY SCHOOL DISTRICT</u>
Defendant

### II.     AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☒ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☐ over $100,000.00

### III.     TYPE OF CASE     (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

## CIRCUIT CIVIL

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☒ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☒ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

## COUNTY CIVIL

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
      ☐ Residential Evictions
      ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**    **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.**    **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

    <u>9</u>

**VI.**    **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.**    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Samuel Damon Lopez</u>      Fla. Bar # <u>102458</u>
      Attorney or party                   (Bar # if attorney)

<u>Samuel Damon Lopez</u>      <u>08/26/2021</u>
(type or print name)      Date

*****FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 8/27/2021 4:30:00 PM.*****

## IN THE CIRCUIT COURT OF THE 17ᵀᴴ JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

Nancy M Kildea
**Plaintiff**

Case No: C21-16394

Judge Division: 08

VS

Broward County School
**Defendant**

### CLERK'S CERTIFICATE OF COMPLIANCE

I hereby certify that pursuant to Administrative Order, No. 2020-73Civ/2020-74-UFC: "ADMINISTRATIVE ORDER DIRECTING CLERK OF COURTS WITH REGARD TO DISMISSED CIVIL OR FAMILY CASES",

The Clerk has conducted a search for all previous existing civil cases related to these two parties.

Listed below are all the aforementioned related cases: none



FILED
AUG 27 2021
By: LF 4P

Brenda D. Forman
Circuit and County Courts

By: _____ LF

Deputy Clerk

Filing # 135185315 E-Filed 09/23/2021 02:04:44 PM

## VERIFIED RETURN OF SERVICE

State of Florida                    County of Broward                    Circuit Court

Case Number: CACE-21-016394

Plaintiff:
**Nancy Maria Kildea,**

vs.

Defendant:
**Broward County School District, et al.,**

For:
Samuel D. Lopez, Esq.,
SAMUEL D. LOPEZ, P.A.,
13000 Mustang Trail
Southwest Ranches, FL 33330

Received by Joy N. Kellum on the 20th day of September, 2021 at 1:24 pm to be served on **Broward County School District Interim Superintendent of Schools Dr. Vickie L. Cartwright Broward County Public Schools, 600 Se Third Avenue, Ft. Lauderdale, FL 33301.**

I, Joy N. Kellum, do hereby affirm that on the **22nd day of September, 2021 at 2:28 pm, I:**

Served the above named **CORPORATION** by delivering a true copy of the **20-Day Summons & Complaint with Exhibits** with the date and hour of service endorsed thereon by me, to: **Deanna Kroeger**, who stated they are an employee of **Broward County School District**, in the absence of the Registered Agent, President, Vice President, Secretary, Treasurer, or any other corporate officer at the address of: **600 Se Third Avenue, Ft. Lauderdale, FL 33301**, and informed said person of the contents therein, in compliance F.S. 48.081(3)(a).

**Description of Person Served:** Age: 40s, Sex: F, Race/Skin Color: White, Height: 5'0", Weight: 150, Hair: Blonde, Glasses: Y

I certify that I am a Special Process Server over the age of eighteen, appointed by the Sheriff's Office in the County in which it was served, that I am in good standing and have no interest in the above action. Under penalties of perjury, I declare that I have read the forgoing Verified return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2), Notary not required. Date:      SEP 2 3 2021



**Joy N. Kellum**
Special Process Server#1306

**L.R.I. (Process Service & Litigation Support)**
1011 South Federal Highway
2nd Floor
Hollywood, FL 33020
(954) 944-3900

Our Job Serial Number: LRA-2021005426

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

***FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 09/23/2021 01:11:54 PM.****

Case Number: CACE-21-016394 Division: 08

Filing # 133523877 E-Filed 08/26/2021 11:11:32 PM

IN THE CIRCUIT COURT OF
SEVENTEENTH JUDICIAL
CIRCUIT OF FLORIDA IN AND
FOR BROWARD COUNTY,
FLORIDA

NANCY MARIA KILDEA, Individually

    Plaintiff,

                                   GENERAL JURISDICITION DIVISION

vs.

                                   CASE NO:

BROWARD COUNTY SCHOOL DISTRICT,

IAN MURRAY, *Individually*

*Principal of Indian Ridge Middle
School*

      Defendant(s).

--------------------------------------------------------------/

## SUMMONS: SERVICE ON A CORPORARTION

## ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO

## CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

### (F.S. 48.081)

TO/PARA/A: BROWARD COUNTY SCHOOL DISTRICT
        Interim Superintendent of Schools
        Dr. Vickie L. Cartwright
        Broward County Public Schools
        600 SE Third Avenue
        Ft. Lauderdale , Florida 33301

### IMPORTANT

A lawsuit has been filed against you.  You have **20 calendar days** after this summons is served on you to
file a written response to the attached complaint/petition with the clerk of this circuit court, located at:

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Service on a Corporationl (11/20)

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 08/26/2021 11:11:29 PM.****

*201 SE 6th Street, Ft. Lauderdale, FL 33301.*

A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the party serving this summons at:

*Samuel D. Lopez, P.A. , 13000 Mustang Trail, SW Ranches, FL 33301 / Email: sam@samlopezpa.com*

.

**If the party serving summons has designated email address(es) for service or is represented by an attorney, you may designate email address(es) for service by or on you.  Service must be in accordance with Florida Rule of Judicial Administration 2.516.**

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.**

**You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and Email Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

**WARNING:  Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information.  Failure to comply can result in sanctions, including dismissal or striking of pleadings.**           IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: _____. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, usted puede consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Service on a Corporationl (11/20)

Nombre y direccion de la parte que entrega la orden de comparencencia: _____

_____.

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud.**

**Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. (Usted puede presentar _____ el Formulario: Ley de Familia de la Florida 12.915, Florida Supreme Court Approved Family Law Form 12.915, [Designation of Current Mailing and Email Address].) Los papelos que se presenten en el futuro en esta demanda judicial seran enviados por correo a la direccion que este registrada en la oficina del Secretario.**

**ADVERTENCIA: Regla 12.285 (Rule 12.285), de las Reglas de Procedimiento de Ley de Familia de la Florida [Florida Family Law Rules of Procedure], requiere cierta revelacion automatica de documentos e informacion. El incumplimient, puede resultar en sanciones, incluyendo la desestimacion o anulacion de los alegatos.**

**Florida Family Law Rules of Procedure Form 12.910(a), Summons: Service on a Corporationl (11/20)**

**IMPORTANT**

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: *{L'Adresse}* _____.   Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

Nom et adresse de la partie qui depose cette citation: _____

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier.  Vous pouvez revue ces documents, sur demande.**

**Il faut aviser le greffier de votre adresse actuelle.  (Vous pouvez deposer Florida Supreme Court Approved Family Law Form 12.915, Designation of Current Mailing and Email Address.)   Les documents de l'avenir de ce proces seront envoyer a l'adresse que vous donnez au bureau du greffier.**

**ATTENTION: La regle 12.285, des regles de procedure du droit de la famille de la Floride exige que l'on remette certains renseignements et certains documents a la partie adverse. Tout refus de les fournir pourra donner lieu a des sanctions, y compris le rejet ou la suppression d'un ou de plusieurs actes de procedure.**

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: _____ AUG 27 2021 _____

CLERK OF THE CIRCUIT COURT
BRENDA A. FOREMAN

(SEAL)

By: _____
Deputy Clerk

BRENDA D. FORMAN

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Service on a Corporation (11/20)